MEMORANDUM

FILED

2006 JAN 23 P 2: 55

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Roger Sanson - Case No. 4:05-cr-28-02

**Name of Expert or Investigator:** Roy Cooper, Jr. with Roy Cooper & Associates

**Address:** 2649 Three Notch Road, Ringgold, Georgia 30736.

**Type of Expert:** Investigative and expert services to assist in analyzing voluminous documents and lifestyle of the defendant. Defendant Roger Sanson is charged with one count of violating 26 U.S.C. § 7206(1), filing a substantially false and fraudulent joint 2003 U.S. Income Tax Return. The attached Memorandum in Support of Motion for Expert Services of an Investigator to Exceed $1,600.00 states that investigator/expert Roy Cooper, Jr. is a certified fraud examiner and his services are need in an investigative capacity to review the voluminous documents and possibly as an expert witness as well.

**Reason for Application:** On August 22, 2005, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. No. 24]. The reason for the application is set out in the attached Motion for Expert Services of an Investigator to Exceed $1,600.00 and Memorandum in Support. Counsel for defendant has advised further investigation and expert services will require an additional cost of $7,400.00 for a total approved amount of $9,000.00.

**Estimated Compensation.**   $9,000.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $7,400.00

*Curtis L. Collier* _____
**U.S. District Judge Curtis L. Collier**   Date

*Alice M. Batchelder*   1-9-06
**Honorable Alice M. Batchelder**   Date
**U.S. Court of Appeals**